UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK ENGLISH, *pro se* | ) | Case No.: 1:01 CV 1255 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| TONI BROOKS, Warden, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

Having dismissed Petitioner Derrick English's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in a separate Order of this same date, the court hereby enters judgment for the Respondent and against the Petitioner.  The court hereby issues a certificate of appealability only on English's first claim for relief based on ineffective assistance of counsel/ invalid waiver of the right to counsel on appeal.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 29, 2006